1  **MCGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
2     Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
3     Email: mmandel@mcguirewoods.com
Truc T. Nguyen (SBN 257262)
4     Email: tnguyen@mcguirewoods.com
1800 Century Park East, 8th Floor
5  Los Angeles, California 90067
Telephone: (310) 315-8200
6  Facsimile: (310) 315-8210

7  Attorneys for Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC.

8
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
9  Todd M. Schneider (SBN 158253)
      Email: tschneider@schneiderwallace.com
10 Carolyn H. Cottrell (SBN 166977)
      Email: ccottrell@schneiderwallace.com
11 180 Montgomery Street, Suite 2000
San Francisco, California 94104
12 Telephone: (415) 421-7100
Facsimile: (415) 421-7105
13
Attorneys for Plaintiff
14 MICHAEL SMITH, the Collective and Putative Class

15

16              **UNITED STATES DISTRICT COURT**

17              **EASTERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>Defendant. | CASE NO. 2:14-CV-00327-LKK-AC<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Current response due date:  April 2, 2014<br><br>New response due date: April 18, 2014 |

[PROPOSED] ORDER GRANTING SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  Pursuant to the second stipulation of Plaintiff Michael Smith ("Plaintiff") and Defendant
2  SPRINT/UNITED MANAGEMENT COMPANY, INC. (sued as "SPRINT/UNITED
3  MANAGEMENT COMPANY") ("Defendant"), the Court hereby orders:
4  Defendant's time to respond to the Complaint shall be and hereby is extended by sixteen
5  (16) days, up to and including April 18, 2014.

7  IT IS SO ORDERED

10  DATED: March 27, 2014

13  .

   _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT

55333259.1                                    1

[PROPOSED] ORDER GRANTING SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT