**MCGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
Email: mmandel@mcguirewoods.com
Truc T. Nguyen (SBN 257262)
Email: tnguyen@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC.

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
Todd M. Schneider (SBN 158253)
Email: tschneider@schneiderwallace.com
Carolyn H. Cottrell (SBN 166977)
Email: ccottrell@schneiderwallace.com
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff
MICHAEL SMITH, the Collective and Putative Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MICHAEL SMITH, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

SPRINT/UNITED MANAGEMENT COMPANY,

Defendant.

CASE NO. 2:14-CV-00327-LKK-AC

**ORDER GRANTING THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Current response due date: April 18, 2014

New response due date: April 25, 2014

Pursuant to the third stipulation of Plaintiff Michael Smith ("Plaintiff") and Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC. (sued as "SPRINT/UNITED MANAGEMENT COMPANY") ("Defendant"), the Court hereby orders:

Defendant's time to respond to the Complaint shall be and hereby is extended by seven (7) days, up to and including April 25, 2014.

IT IS SO ORDERED

DATED: April 15, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT