**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
Todd M. Schneider (SBN 158253)
    Email: tschneider@schneiderwallace.com
Carolyn H. Cottrell (SBN 166977)
    Email: ccottrell@schneiderwallace.com
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff,
MICHAEL SMITH


**MCGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
    Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
    Email: mmandel@mcguirewoods.com
John A. Van Hook (SBN 205067)
    Email: jvanhook@mcguirewoods.com
Truc T. Nguyen (SBN 257262)
    Email: tnguyen@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant,
 SPRINT/UNITED MANAGEMENT COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>            Defendant. | CASE NO. 2:14-CV-00327-LKK-AC<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1  Pursuant to the stipulation of Plaintiff Michael Smith ("Plaintiff") and Defendant
2  SPRINT/UNITED MANAGEMENT COMPANY, INC. (sued as "SPRINT/UNITED
3  MANAGEMENT COMPANY") ("Defendant"), the Court hereby orders that the Case
4  Management Conference currently set for April 21, 2014, is rescheduled to May 12, 2014 at 2:00
5  p.m.  The parties shall file their status reports 14 days prior to the status conference.
6     IT IS SO ORDERED.
7
8  DATE:  April 15, 2014.
9
10
11                                          LAWRENCE K. KARLTON
                                        SENIOR JUDGE
12                                         UNITED STATES DISTRICT COURT

1
[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE