1

**McGuireWoods LLP**
Matthew C. Kane (SBN 171829)
   Email: mkane@mcguirewoods.com

2

Michael D. Mandel (SBN 216934)
   Email: mmandel@mcguirewoods.com

3

Truc T. Nguyen (SBN 257262)
   Email: tnguyen@mcguirewoods.com

4

1800 Century Park East, 8th Floor
Los Angeles, California 90067

5

Telephone: (310) 315-8200
Facsimile: (310) 315-8210

6

7

Attorneys for Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC.

8

**Schneider Wallace Cottrell Konecky LLP**

9

Todd M. Schneider (SBN 158253)
   Email: tschneider@schneiderwallace.com

10

Carolyn H. Cottrell (SBN 166977)
   Email: ccottrell@schneiderwallace.com

11

180 Montgomery Street, Suite 2000
San Francisco, California 94104

12

Telephone: (415) 421-7100
Facsimile: (415) 421-7105

13

14

Attorneys for Plaintiff
MICHAEL SMITH, the Collective and Putative Class

15

16

**UNITED STATES DISTRICT COURT**

17

**EASTERN DISTRICT OF CALIFORNIA**

18

19

MICHAEL SMITH, on behalf of himself and all others similarly situated,

20

        Plaintiff,

21

    vs.

22

SPRINT/UNITED MANAGEMENT COMPANY,

23

        Defendant.

24

CASE NO. 2:14-CV-00327-LKK-AC

**ORDER VACATING THE CASE MANAGEMENT CONFERENCE**

25

26

27

28

1     Pursuant to the stipulation of Plaintiff Michael Smith ("Plaintiff") and Defendant

2 SPRINT/UNITED MANAGEMENT COMPANY, INC. (sued as "SPRINT/UNITED

3 MANAGEMENT COMPANY") ("Defendant"), the Court hereby orders that the Case

4 Management Conference currently set for May 12, 2014 at 2:00 p.m. is CONTINUED to

5 August 11, 2014 at 1:30 p.m.

6     Further, the hearing on Defendant's Motion to Dismiss and/or Strike Plaintiff's Complaint

7 (ECF No. 18) is CONTINUED to July 28, 2014 at 10:00 a.m. in Courtroom #4.

8     IT IS SO ORDERED.

9

10

11 DATED:   May 9, 2014.

12          .

13

14

15                    LAWRENCE K. KARLTON
                      SENIOR JUDGE
16                    UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER VACATING THE CASE MANAGEMENT CONFERENCE