1  Todd M. Schneider (SBN 158253)
2  Carolyn H. Cottrell (SBN 166977)
   Nicole N. Coon (SBN 286283)
3  SCHNEIDER WALLACE
   COTTRELL KONECKY LLP
4  180 Montgomery Street, Suite 2000
   San Francisco, California 94104
5  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
6  tschneider@schneiderwallace.com
   ccottrell@schneiderwallace.com
7  ncoon@schneiderwallace.com

8  Attorneys for Plaintiff MICHAEL SMITH and the
   Proposed Collective and Putative Class
9
   Matthew Righetti (SBN 121012)
10 John Glugoski (SBN 191551)
   Michael Righetti (258541)
11 RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
12 San Francisco, CA 94101
   Telephone: (415) 983-0900
13 Facsimile: (415) 397-9005
   matt@righettilaw.com
14 jglugoski@righettilaw.com
   mike@righettilaw.com
15
   Richard Hoyer (SBN 51931)
16 Ryan Hicks (260284)
   HOYER & ASSOCIATES
17 Four Embarcadero Center, Suite 1400
   San Francisco, CA 94111
18 Telephone: (415)766-3536
   Facsimile: (415) 276-1738
19 rhoyer@hoyerlaw.com
   rhicks@hoyerlaw.com
20
   Attorneys for Plaintiffs OLIVIA GUILBAUD, MARQUES LILLY,
21 AND MICHAEL WONG and the Proposed Collective and Putative Class

22            [CAPTION CONTINUES ON FOLLOWING PAGE]

23

24

25

26

27

28 STIPULATION TO RELATE AND CONSOLIDATE GUILBAUD, ET AL. V. SPRINT AND SMITH, ET AL. V.
   SPRINT AND [PROPOSED] ORDER

   *Guilbaud, et al. v. Sprint*, 3:13-CV-04357-VC · *Smith, et al. v. Sprint*, 3:14-CV-02642-EDL

Matthew C. Kane (SBN 171829)
Michael D. Mandel (SBN 216934)
Sabrina A. Beldner (SBN 221918)
John A. Van Hook (SBN 205067)
Truc T. Nguyen (SBN 257262)
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
mkane@mcguirewoods.com
mmandel@mcguirewoods.com
jvanhook@mcguirewoods.com
tnguyen@mcguirewoods.com

Attorneys for Defendant SPRINT/UNITED MANAGEMENT COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GUILBAUD, MARQUES LILLY, AND MICHAEL WONG, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT CO., INC.,<br><br>Defendants. | CASE NO. 3:13-CV-04357-VC<br><br>Hon. Vince Chhabria |
| MICHAEL SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>Defendant. | CASE NO. 3:14-CV-02642-EDL<br><br>Hon. Elizabeth Laporte<br><br>**STIPULATION TO RELATE AND CONSOLIDATE ACTIONS AND [PROPOSED] ORDER** |

1    Pursuant to Northern District Local Rules 3-12 and 7-11 and Federal Rule of Civil
2  Procedure 42, all Parties hereby respectfully submit this proposed order and Stipulation to Relate
3  and Consolidate the above-captioned actions, *Guilbaud, et al. v. Sprint Nextel Corporation, et al.*
4  and *Smith, et al. v. Sprint/United Management Company*, in support of their Stipulated
5  Administrative Motion to Relate and Consolidate.
6    WHEREAS, Plaintiffs Olivia Guilbaud, Marques Lilly, and Michael Wong ("*Guilbaud*
7  Plaintiffs") filed *Guilbaud, et al. v. Sprint Nextel Corporation, et al*., Case No. 3:13-CV-04357-
8  VC in the United States District Court for the Northern District on September 19, 2013 (Guilbaud
9  Docket No. 1);
10   WHEREAS, Defendants Sprint Nextel Corporation and Sprint/United Management Co.,
11 Inc. ("Defendant" or "Sprint") were served with the Complaint on November 1, 2013 (Guilbaud
12 Docket No. 12);
13   WHEREAS, Defendant Sprint Nextel Corporation was dismissed on January 8, 2013
14 (Guilbaud Docket No. 31);
15   WHEREAS, Plaintiff Michael Smith, on behalf of himself and all others similarly situated,
16 ("*Smith* Plaintiffs") filed *Smith, et al. v. Sprint/United Management Company*, Case No. 3:14-CV-
17 02642-EDL in the U.S. District Court for the Eastern District of California on January 31, 2014,
18 which was assigned to Judge Lawrence Karlton under the original case number of 2:14-CV-
19 00327-LKK-AC (Smith Docket No. 1.);
20   WHEREAS, Defendant Sprint/United Management Co., Inc. (sued as "Sprint/United
21 Management Company") was served with the Complaint on February 10, 2014 (Docket No. 10);
22   WHEREAS, the two cases involve substantially similar parties, substantially similar
23 claims, and seek substantially similar relief. Specifically, Plaintiffs in both cases seek to represent
24 a proposed class of non-exempt hourly employees, who are current and former employees of
25 Defendant Sprint and worked in its retail stores located in California and throughout the United
26 States. Plaintiffs allege putative collective and class action claims for violation of the Fair Labor
27 Standards Act ("FLSA") and violation of various California wage and hour laws.  Plaintiffs
28

2

STIPULATION TO RELATE AND CONSOLIDATE ACTIONS; [PROPOSED] ORDER

*Guilbaud, et al. v. Sprint Nextel Corporation, et al.*, 3:13-CV-04357-VC · *Smith, et al. v. Sprint/United Management Company*, 3:14-CV-02642-EDL

1  challenge Sprint's policies and practices of: (1) failing to authorize, permit, and/or make available
2  to its non-exempt hourly employees meal and rest periods to which they are entitled by law and
3  failing to pay premium pay for these missed breaks; (2) failing to pay its non-exempt hourly
4  employees who work in retail stores for all hours worked, including overtime compensation and
5  minimum wage; (3) failing to reimburse its employees for uniform expenses and upkeep; (4)
6  failing to provide such employees with accurate, itemized wage statements; and (5) failing to pay
7  all wages after these hourly employees terminated their employment with Defendant.  Plaintiffs
8  seek damages and restitution for all unpaid wages and other injuries, declaratory relief under
9  applicable California law and the FLSA, an equitable accounting to identify, locate, and restore to
10 all Plaintiffs and class members the wages they are due, liquidated and compensatory damages,
11 civil penalties, reasonable attorneys' fees and costs, and all other relief that this Court deems just
12 and proper;
13         WHEREAS, Defendant filed a Notice of Pendency of Other Action or Proceedings on
14 April 25, 2014 to alert the *Smith* Plaintiffs and Judge Karlton regarding *Guilbaud* (Smith Docket
15 No. 19);
16         WHEREAS, the Parties in both cases have met and conferred on several occasions since
17 April 25, 2014 and agreed in the interest of avoiding conflicts, conserving resources, and
18 promoting an efficient determination of the actions to transfer the *Smith* action to the Northern
19 District and relate and consolidate the actions before Judge Vince Chhabria, before whom the
20 first-filed *Guilbaud* action currently proceeds;
21         WHEREAS, the Parties in both cases appeared before Judge Chhabria at the May 23, 2014
22 Case Management Conference in *Guilbaud* and alerted Judge Chhabria about the pendency of the
23 related *Smith* action and their proposed plan to transfer *Smith* to the Northern District and to relate
24 and consolidate it with *Guilbaud*  (Guilbaud Docket Nos. 38-39);
25         WHEREAS, the *Smith* Parties filed a Stipulation to Transfer Action to the United States
26 District Court of the Northern District of California, the terms of which outline the Parties'
27 agreement to transfer  *Smith* to the Northern District to be consolidated with *Guilbaud* (Smith
28

3

STIPULATION TO RELATE AND CONSOLIDATE ACTIONS; [PROPOSED] ORDER

*Guilbaud, et al. v. Sprint Nextel Corporation, et al.*, 3:13-CV-04357-VC · *Smith, et al. v. Sprint/United Management Company*, 3:14-CV-02642-EDL

1  Docket No. 28);

2  WHEREAS, Judge Karlton ordered *Smith* to be transferred to the Northern District on June
3  5, 2014 (Smith Docket No. 29);

4  WHEREAS, *Smith* was transferred to the Northern District on June 9, 2014, assigned to
5  Magistrate Judge Elizabeth Laporte with a new case number – 3:14-CV-02642-EDL, and
6  scheduled for an Initial Case Management Conference on September 9, 2014 (Smith Docket Nos.
7  30-31);

8  WHEREAS, Northern District Local Rule 3-12 provides that "[w]henever a party knows . .
9  . that an action, filed in or removed to this district is . . . related to an action which is . . . pending
10 in this District . . . the party must promptly file in the earliest-filed case an Administrative Motion
11 to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11;"

12 WHEREAS, Northern District Local Rule 7-11 further provides that all such
13 administrative motions should be accompanied by a stipulation;

14 WHEREAS, the Parties have agreed to relate and consolidate the two actions and proceed
15 under *Guilbaud*'s earlier filed case number of 3:13-CV-04357-VC;

16 WHEREAS, the Parties further agree that Plaintiffs will file a Consolidated Complaint
17 within 20 days from the date the Court approves this stipulation and relates and consolidates
18 *Guilbaud* and *Smith*;

19 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
20 the Parties, through their respective undersigned counsel, that the two above-captioned actions be
21 related and consolidated and proceed before Judge Chhabria in the Northern District of California
22 with full reservation and without any waiver or limitation of all rights, claims, remedies, defenses
23 and positions as to either action and/or the consolidated action.

24
25
26
27
28

4

STIPULATION TO RELATE AND CONSOLIDATE ACTIONS; [PROPOSED] ORDER

*Guilbaud, et al. v. Sprint Nextel Corporation, et al.*, 3:13-CV-04357-VC · *Smith, et al. v. Sprint/United Management Company*, 3:14-CV-02642-EDL

IT IS SO STIPULATED.

DATED: July 7, 2014                SCHNEIDER WALLACE
                                   COTTRELL KONECKY LLP


                                   By: /s/ *Carolyn H. Cottrell*
                                       CAROLYN H. COTTREL
                                       Attorneys for Plaintiff MICHAEL SMITH and
                                       the Proposed Collective and Putative Class

DATED: July 7, 2014                RIGHETTI GLUGOSKI, P.C

                                   By: /s/ *Michael Righetti*
                                       MICHAEL RIGHETTI
                                       Attorneys for Plaintiffs OLIVIA GUILBAUD,
                                       MARQUES LILLY, AND MICHAEL WONG and the
                                       Proposed Collective and Putative Class

DATED: July 7, 2014                HOYER & ASSOCIATES


                                   By: /s/ *Ryan Hicks*
                                       RYAN HICKS
                                       Attorneys for Plaintiffs OLIVIA GUILBAUD,
                                       MARQUES LILLY, AND MICHAEL WONG and the
                                       Proposed Collective and Putative Class

DATED: July 7, 2014                MCGUIREWOODS LLP

                                   By: /s/ *John A. Van Hook*
                                       JOHN A. VAN HOOK
                                       Attorneys for Defendant SPRINT/UNITED
                                       MANAGEMENT COMPANY, INC.

[~~PROPOSED~~] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Pursuant to the Parties' Stipulation to Relate and Consolidate *Guilbaud, et al. v. Sprint Nextel Corporation, et al.* and *Smith, et al. v. Sprint/United Management Company* filed in support of their Stipulated Administrative Motion to Relate and Consolidate *Guilbaud, et al. v. Sprint Nextel Corporation, et al.* and *Smith, et al. v. Sprint/United Management Company*, the Court finds good cause and **GRANTS** the motion and stipulation. As described in detail in the stipulation, the Court finds that (1) the actions concern substantially the same parties, property, transaction, or events, and (2) there will be an unduly burdensome duplication of labor and expense and conflicting results if the cases are conducted before different Judges. Accordingly, the Court relates and consolidates the two cases. *Smith* is re-assigned from Magistrate Judge Laporte to Judge Chhabria and will be consolidated with *Guilbaud* under the case number of 3:13-CV-04357-VC. The September 9, 2014 Initial Case Management Conference in *Smith* is vacated pursuant to Local Rule 3-12(g). ~~A Case Management Conference is scheduled before Judge Chhabria on _____~~. Plaintiffs will file a Consolidated Complaint within 20 days from the date the Court files this order.

**IT IS HEREBY ORDERED.**

DATED: July 10, 2014

_____
The Honorable Judge Vince Chhabria
United States District Judge, Northern District of California

IT IS SO ORDERED

---

6

STIPULATION TO RELATE AND CONSOLIDATE ACTIONS; [PROPOSED] ORDER

*Guilbaud, et al. v. Sprint Nextel Corporation, et al.*, 3:13-CV-04357-VC · *Smith, et al. v. Sprint/United Management Company*, 3:14-CV-02642-EDL